Doc#: 37682 Bk:31706 Pg: 316

**MAINE**
COUNTY OF CUMBERLAND

PREPARED BY: SETERUS, INC.
WHEN RECORDED MAIL TO: SETERUS, INC., 14523 SW MILLIKAN WAY, SUITE 200, BEAVERTON, OR 97005, PH. 1(866)570-5277

# ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SOLELY AS NOMINEE FOR FIRST MAGNUS FINANCIAL CORPORATION, ITS SUCCESSORS AND ASSIGNS, located at P.O. BOX 2026, FLINT, MICHIGAN 48501-2026, Assignor, does hereby grant, assign, transfer, and set over unto FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE UNITED STATES OF AMERICA, located at 14221 DALLAS PARKWAY, SUITE 1000, DALLAS, TX 75254, Assignee, its successors and assigns, all Assignor's interest in and to that certain Mortgage dated JUNE 04, 2007, executed by LORELLE T COURTOIS INDIVIDUALLY, as Mortgagor(s), to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SOLELY AS NOMINEE FOR FIRST MAGNUS FINANCIAL CORPORATION, ITS SUCCESSORS AND ASSIGNS, Original Mortgagee, and recorded in Book 25168 at Page 287 as Instrument No. 32951 in the office of the Register of Deeds in the County of CUMBERLAND, State of MAINE.

TOGETHER with all rights accrued or to accrue to said Mortgage.

IN WITNESS WHEREOF, the undersigned has caused this Instrument to be executed this JUNE 02, 2014.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

*/s/ Pamela Stoddard/*
PAMELA STODDARD, VICE PRESIDENT

STATE OF IDAHO       COUNTY OF BONNEVILLE    ) ss.

On JUNE 02, 2014, before me, EMMETT GREEN, personally appeared PAMELA STODDARD known to me to be the VICE PRESIDENT of the corporation that executed the instrument or the person who executed the instrument on behalf of said corporation, and acknowledged to me that such corporation executed the same.

*/s/ Emmett Green/*
EMMETT GREEN (COMMISSION EXP. 05/31/2018)
NOTARY PUBLIC

EMMETT GREEN
NOTARY PUBLIC
STATE OF IDAHO

Page 1 of 1
MERS PHONE: 1-888-679-6377

**EXHIBIT D**

Doc#:     37682 Bk:31706 Pg:  317

## EXHIBIT A

A certain lot or parcel of land located northerly of but not adjacent to Straw Road in Gorham, Cumberland County, Maine, and being the northerly lot of the two lots shown on the Plan of a Private Way made for Ralph L. Low and Brenda J. Low by Robert P. Titcomb, Inc., as revised November 1, 1984 recorded at Cumberland County Registry of Deeds in Plan Book 145, Page 11.

Together with the right, in common with others, to use the private way as shown on said plan which runs from Straw Road to the lot conveyed above, for access on foot and by vehicle and for the installation of all domestic utility services for a residence on the above-described lot.

Received
Recorded Register of Deeds
Aug 13,2014 12:53:57P
Cumberland County
Pamela E. Lovley