UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| Federal National Mortgage Association<br><br>Plaintiff<br><br>vs.<br><br><br>Lorelle Courtois a/k/a Lorelle T. Courtois<br><br><br><br>Defendant<br>Alan A. Labrecque<br><br>Party-In-Interest | CIVIL ACTION NO: 2:20-cv-00357-JAW<br><br><br>RE:<br>17 Romeys Way f/k/a 45 Straw Road,<br>Gorham, ME 04038<br><br>Mortgage:<br>June 4, 2007<br>Book 25168, Page 287 |

### AFFIDAVIT RELATING TO MILITARY SEARCH

I, Beth Stillings, hereby certify that on __March 17__, 2023 I searched the Department of Defense/Defense Manpower Data Center (DOD/DMDC) and found that the Defendant, Lorelle Courtois a/k/a Lorelle T. Courtois, is not in the military. An affidavit as to the Defendant's military status will be filed with a Motion for Summary Judgment or at trial as Maine Courts accept such affidavits only at those times.

Dated: __March 17__, 2023

Beth Stillings
Paralegal

**EXHIBIT G**

**COMMONWEALTH OF MASSACHUSETTS**

ESSEX, SS.                                          Dated this 17th day of March, 2023

COUNTY OF ESSEX

On this 17th day of March, 2023, before me, the undersigned notary public, personally appeared Beth Stillings who proved to me through satisfactory evidence of identification to be the person whose name is signed on this document, who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his/her knowledge and belief.

_Michelle B. DiRuzza_
Notary Public

*[Notary seal: Michele B. DiRuzza, My Commission Expires 09/14/2029, Notary Public, Commonwealth of Massachusetts]*