JLCL, NTCAPR, CLOSED

# U.S. Bankruptcy Court
### District of Maine (Portland)
### Bankruptcy Petition #: 15-20470

| | |
|---|---|
| *Assigned to:* Judge Peter G Cary | *Date filed:* 06/23/2015 |
| Chapter 7 | *Date terminated:* 09/28/2015 |
| Voluntary | *Debtor discharged:* 09/22/2015 |
| No asset | *341 meeting:* 07/21/2015 |
| | *Deadline for objecting to discharge:* 09/21/2015 |
| | *Deadline for financial mgmt. course:* 09/21/2015 |

*Debtor disposition:* Standard Discharge

| | |
|---|---|
| **Debtor**<br>**Lorelle Terese Courtois**<br>28 Edgeworth Street<br>East Weymouth, MA 02189<br>CUMBERLAND-ME<br>SSN / ITIN:<br>**dba** Lorellle's Cleaning Service<br>**aka** Lorelle Terese Courtois-Carr<br>**dba** Lorelle & Sons Cleaning Service | represented by **James F. Molleur, Esq.**<br>Molleur Law Office<br>190 Main Street, 3rd Floor<br>Saco, ME 04072<br>(207) 283-3777<br>Fax : (207) 283-4558<br>Email: jim@molleurlaw.com |
| **Trustee**<br>**Nathaniel R. Hull, Esq.**<br>Verrill Dana, LLP<br>One Portland Square<br>P.O. Box 586<br>Portland, ME 04112-0586<br>(207) 253-4726 | |
| **U.S. Trustee**<br>**Office of U.S. Trustee**<br>537 Congress Street, Suite 300<br>Portland, ME 04101 | |

| Filing Date | # | Docket Text |
|---|---|---|
| 02/22/2019 | | Change of Address for Debtor. New Address: Lorelle Terese Courtois 28 Edgeworth Street East Weymouth MA 02189. Filed by Lorelle Terese Courtois. (Molleur, James) (Entered: 02/22/2019) |
| 09/28/2015 | | Final Decree, Discharging Trustee and Closing Bankruptcy Case (Admin.) (Entered: 09/28/2015) |
| 09/24/2015 | 35<br>(4 pgs) | BNC Certificate of Mailing - Order of Discharge (related document(s):34 Order Discharging Debtor). Notice Date 09/24/2015. (Admin.) (Entered: 09/25/2015) |
| 09/22/2015 | 34<br>(3 pgs; 2 docs) | Order Discharging Debtor (Admin.) (Entered: 09/22/2015) |
| 09/13/2015 | 33<br>(2 pgs) | BNC Certificate of Mailing - PDF Document (related document(s):32 Order on Consented Motion For Relief From Stay). Notice Date 09/13/2015. (Admin.) (Entered: 09/14/2015) |
| 09/11/2015 | 32<br>(2 pgs; 2 docs) | Order Granting Consented Motion For Relief From Stay filed by Town & Country Federal Credit Union (Related Doc # 31) (mdw) (Entered: 09/11/2015) |
| 09/09/2015 | 31<br>(4 pgs; 2 docs) | Consented Motion for Relief from Stay . Filed by Town & Country Federal Credit Union. (Attachments: # 1 Proposed Order) (Brooks, Christopher) (Entered: 09/09/2015) |
| 09/09/2015 | | Entry: Proposed order has not been filed as a separate attachment. (related document(s):30 Motion for Relief From Stay Consented filed by Creditor Town & Country Federal Credit Union. (mdw) (Entered: 09/09/2015) |
| 09/08/2015 | 30<br>(4 pgs) | Consented Motion for Relief from Stay . Filed by Town & Country Federal Credit Union. (Brooks, Christopher) (Entered: 09/08/2015) |
| 08/14/2015 | 29<br>(3 pgs) | BNC Certificate of Mailing - PDF Document (related document(s):28 Order on Motion For Relief From Stay). Notice Date 08/14/2015. (Admin.) (Entered: 08/17/2015) |
| 08/12/2015 | 28<br>(3 pgs; 2 docs) | Order Granting Motion For Relief From Stay filed by DLJ Mortgage Capital, Inc. (Related Doc # 27) This Order shall become final in fourteen (14) days unless a party in interest sooner objects, in which matter shall be set for hearing and considered by the Court as if this Order had not been entered.(mdw) (Entered: 08/12/2015) |

**EXHIBIT D**

| | | |
|---|---|---|
| 08/10/2015 | | Trustee's Consent *to Motion for Relief From Stay* Filed by Nathaniel R. Hull Esq. (related document(s):27 Motion for Relief From Stay filed by Creditor DLJ Mortgage Capital, Inc.). (Hull, Nathaniel) (Entered: 08/10/2015) |
| 08/10/2015 | | Debtor's Consent Filed by Lorelle Terese Courtois (related document(s):27 Motion for Relief From Stay filed by Creditor DLJ Mortgage Capital, Inc.). (Molleur, James) (Entered: 08/10/2015) |
| 08/07/2015 | | Receipt of Motion for Relief From Stay(15-20470) [motion,mrlfsty] ( 176.00) Filing Fee. Receipt number 3701362. Fee amount 176.00. (re: Doc# 27) (U.S. Treasury) (Entered: 08/07/2015) |
| 08/07/2015 | 27 (34 pgs; 5 docs) | Motion for Relief from Stay *re: 7 Standish Neck Road, Gorham, ME 04038*. Fee Amount $ 176. Filed by DLJ Mortgage Capital, Inc.. Hearing scheduled for 9/9/2015 at 11:00 AM at Bankruptcy Courtroom, Portland. Objections due by 9/2/2015. (Attachments: # 1 Exhibit A-E # 2 Proposed Order # 3 Hearing Notice # 4 Certificate of Service) (Doonan, John) (Entered: 08/07/2015) |
| 08/01/2015 | 26 (3 pgs) | BNC Certificate of Mailing - PDF Document (related document(s):25 Order on Consented Motion For Relief From Stay). Notice Date 08/01/2015. (Admin.) (Entered: 08/02/2015) |
| 07/30/2015 | 25 (3 pgs; 2 docs) | Order Granting Consented Motion For Relief From Stay filed by Federal National Mortgage Association (Related Doc # 21) This Order shall become final in fourteen (14) days unless a party in interest sooner objects, in which case the matter shall be set for hearing and considered by the Court as if this Order had not been entered.(mdw) (Entered: 07/30/2015) |
| 07/29/2015 | 24 (2 pgs) | BNC Certificate of Mailing - PDF Document (related document(s):20 Order on Motion to Expedite Hearing). Notice Date 07/29/2015. (Admin.) (Entered: 07/30/2015) |
| 07/29/2015 | 23 (1 pg) | Minute Entry re: (related document(s): 7 Generic Motion filed by Lorelle Terese Courtois) Appearances : Keith J. Cunningham Esq., James F. Molleur, Tanya Sambatakos Esq., William H. Sandstead Esq., Will Allen Hueske. Motion withdrawn. (LJS) (Entered: 07/29/2015) |
| 07/29/2015 | 22 (1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 7/29/2015 10:43:35 AM ]. File Size [ 3737 KB ]. Run Time [ 00:10:23 ]. (courtaudio). (Entered: 07/29/2015) |
| 07/28/2015 | 21 (34 pgs; 4 docs) | Consented Motion for Relief from Stay *re: 45 Straw Road, Gorham, ME 04038*. Filed by Federal National Mortgage Association. (Attachments: # 1 Exhibit A-E # 2 Proposed Order # 3 Certificate of Service) (Doonan, John) (Entered: 07/28/2015) |
| 07/27/2015 | 20 (2 pgs; 2 docs) | Order Granting Motion Expedite Hearing (Related Doc # 8) (srd) (Entered: 07/27/2015) |
| 07/24/2015 | 19 (1 pg) | Minute Entry re: (related document(s): 8 Debtor's Motion to Expedite Hearing)Appearances: James F. Molleur, Tanya Sambatakos, Keith Cunningham, Eric J. Wycoff, Will Sandstead. Motion GRANTED; Order to enter. (MEP) (Entered: 07/24/2015) |
| 07/24/2015 | 18 (2 pgs; 2 docs) | Minute Entry re: (related document(s): 7 Debtor's Generic Motion); Appearances: James F. Molleur, Tanya Sambatakos, Keith Cunningham, Eric J. Wycoff, Will Sandstead. Hearing continued to 07/29/2015 at 10:30 AM at Bankruptcy Courtroom, Portland. Exhibit/Witness List attached. (MEP) Additional attachment(s) added on 8/7/2015 (mep). (Entered: 07/24/2015) |
| 07/24/2015 | 17 (1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 7/24/2015 9:33:03 AM ]. File Size [ 72094 KB ]. Run Time [ 03:20:16 ]. (courtaudio). (Entered: 07/24/2015) |
| 07/23/2015 | 16 (1 pg) | Supplemental document *Business Income and Expenses* Filed by Lorelle Terese Courtois (related document(s):1 Voluntary Petition (Chapter 7) filed by Debtor Lorelle Terese Courtois). (Molleur, James) (Entered: 07/23/2015) |
| 07/22/2015 | 15 (11 pgs) | Debtor's Response Filed by Lorelle Terese Courtois (related document(s):14 Objection filed by Creditor Central Maine Power). (Molleur, James) (Entered: 07/22/2015) |
| 07/21/2015 | 14 (19 pgs; 3 docs) | Objection Filed by Central Maine Power (related document(s):7 Generic Motion filed by Debtor Lorelle Terese Courtois). (Attachments: # 1 Declaration of Ruth Swicker # 2 Certificate of Service) (Wycoff, Eric) (Entered: 07/21/2015) |
| 07/21/2015 | 13 (66 pgs; 4 docs) | Stipulation By Central Maine Power and Between Lorelle Terese Courtois Filed by Central Maine Power (related document(s):7 Generic Motion filed by Debtor Lorelle Terese Courtois). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 to 5 # 3 Certificate of Service) (Wycoff, Eric) (Entered: 07/21/2015) |

| | | |
|---|---|---|
| 07/21/2015 | | Meeting of Creditors Held and Concluded. Chapter 7 Trustee's Report of No Distribution: I, Nathaniel R. Hull, Esq., having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Debtor appeared. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 1 months. Assets Abandoned (without deducting any secured claims): $ 388450.00, Assets Exempt: $ 13041.86, Claims Scheduled: $ 557053.49, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excerpted from discharge): $ 557053.49. (Hull, Nathaniel) (Entered: 07/21/2015) |
| 07/16/2015 | | Deadlines Updated (BK) (related document(s):7 Generic Motion filed by Debtor Lorelle Terese Courtois). Trustee's brief due by 7/23/2015. (mdw) (Entered: 07/16/2015) |
| 07/16/2015 | | Deadlines Updated (BK) (related document(s):7 Generic Motion filed by Debtor Lorelle Terese Courtois). Debtor's brief due by 7/22/2015. (mdw) (Entered: 07/16/2015) |
| 07/16/2015 | | Deadlines Updated (BK) (related document(s):7 Generic Motion filed by Debtor Lorelle Terese Courtois). CMP's brief due by 7/21/2015. (mdw) (Entered: 07/16/2015) |
| 07/16/2015 | 12<br>(1 pg) | Minute Entry re: (related document(s): 7 Debtor's Generic Motion); Appearances: Peter C. Fessenden, James F. Molleur, Tanya Sambatakos, Keith Cunningham, Eric Wycoff, Will Hueske. Off-record Status Conference held. Exhibit/Witness Lists and Stipulations due 7/21/2015; CMP's Brief due 7/21/2015; Debtor's Brief due 7/22/2015, Trustee's initial brief, if any, due 7/23/2015. Hearing remains scheduled for 07/24/2015 at 09:30 AM atr 07/24/2015 at 09:30 AM at U.S. District Court, Courtroom 1, Portland. (MEP) (Entered: 07/16/2015) |
| 07/15/2015 | | Hearing Set (related document(s):7 Generic Motion filed by Debtor Lorelle Terese Courtois. Off-record Telephonic Status Conference to be held on 7/16/2015 at 10:00 AM at Bankruptcy Courtroom, Portland. Parties notified by email of conference call information. (mep) Modified Debtor's name on 7/15/2015 (mep). (Entered: 07/15/2015) |
| 07/15/2015 | | Agreed Request to Continue Hearing . Hearing previously set for 7/16/2015. Agreed continuance Filed by Lorelle Terese Courtois (related document(s):7 Generic Motion filed by Debtor Lorelle Terese Courtois, 8 Motion to Expedite Hearing filed by Debtor Lorelle Terese Courtois, 9 Hearing (Bk) filed by Debtor Lorelle Terese Courtois). Hearing scheduled for 7/24/2015 at 09:30 AM at U.S. District Court, Courtroom 1, Portland. (Molleur, James) (Entered: 07/15/2015) |
| 07/14/2015 | 11<br>(2 pgs) | Notice of Appearance and Request for Notice *with Certificate of Service* by John A. Doonan Esq. Filed by on behalf of Federal National Mortgage Association. (Doonan, John) (Entered: 07/14/2015) |
| 07/13/2015 | 10<br>(1 pg) | Certificate of Service (related document(s):7 Generic Motion filed by Debtor Lorelle Terese Courtois, 8 Motion to Expedite Hearing filed by Debtor Lorelle Terese Courtois, 9 Hearing (Bk) filed by Debtor Lorelle Terese Courtois). (Molleur, James) (Entered: 07/13/2015) |
| 07/13/2015 | 9<br>(1 pg) | Notice of Hearing *on MOTION TO DETERMINE DEBTOR'S ADEQUATE ASSURANCE OF PAYMENT TO CENTRAL MAINE POWER COMPANY* Filed by Lorelle Terese Courtois (related document(s):7 Generic Motion filed by Debtor Lorelle Terese Courtois, 8 Motion to Expedite Hearing filed by Debtor Lorelle Terese Courtois). Hearing scheduled for 7/16/2015 at 10:00 AM at U.S. District Court, Courtroom 1, Portland. Objections due by 7/15/2015. (Molleur, James) (Entered: 07/13/2015) |
| 07/13/2015 | 8<br>(4 pgs; 2 docs) | Debtor's Motion to Expedite Hearing *on MOTION TO DETERMINE DEBTOR'S ADEQUATE ASSURANCE OF PAYMENT TO CENTRAL MAINE POWER COMPANY* Filed by Lorelle Terese Courtois (related document(s):7 Generic Motion filed by Debtor Lorelle Terese Courtois). Hearing scheduled for 7/16/2015 at 10:00 AM at U.S. District Court, Courtroom 1, Portland. Objections due by 7/15/2015. (Attachments: # 1 Proposed Order) (Molleur, James) (Entered: 07/13/2015) |
| 07/13/2015 | 7<br>(10 pgs; 4 docs) | Debtor's Motion *TO DETERMINE DEBTOR'S ADEQUATE ASSURANCE OF PAYMENT TO CENTRAL MAINE POWER COMPANY* Filed by Lorelle Terese Courtois. Hearing scheduled for 7/16/2015 at 10:00 AM at U.S. District Court, Courtroom 1, Portland. Objections due by 7/15/2015. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order) (Molleur, James) (Entered: 07/13/2015) |
| 07/13/2015 | 6<br>(2 pgs) | Notice of Appearance and Request for Notice *with Certificate of Service* by John A. Doonan Esq. Filed by on behalf of DLJ Mortgage Capital, Inc.. (Doonan, John) (Entered: 07/13/2015) |

| | | |
|---|---|---|
| 07/13/2015 | | Change of Address for creditor: Previous Address: Capital One Bank P.O. Box 71083 Edneyville, NC 28727. New Address: Capital One Bank 3800 Gold Road Ste 105 Rolling Meadows, IL 60008 as specified on returned envelope. Filed by Lorelle Terese Courtois. (Molleur, James) (Entered: 07/13/2015) |
| 07/07/2015 | | Change of Address for creditor: Previous Address: Chase Card Master Services P.O. Box 15143 Wilmington, DE 19886-5143. New Address: Chase Card Services Po Box 15298 Wilmington, DE 19850 as specified on returned envelope. Filed by Lorelle Terese Courtois. (Molleur, James) (Entered: 07/07/2015) |
| 06/30/2015 | 5 (1 pg) | Financial Management Course Certificate for Debtor Filed by Lorelle Terese Courtois (related document(s):3 Auto Assignment Meeting of Creditors Chapter 07 No Asset). (Molleur, James) (Entered: 06/30/2015) |
| 06/26/2015 | 4 (5 pgs) | BNC Certificate of Mailing - Meeting of Creditors (related document(s):3 Auto Assignment Meeting of Creditors Chapter 07 No Asset). Notice Date 06/26/2015. (Admin.) (Entered: 06/27/2015) |
| 06/26/2015 | | Change of Address for creditor: Previous Address: John W. Carr. New Address: John W. Carr c/o Karen Nadeau, Pine Tree Estates, 43 Deerhill Avenue, Standish, ME 04084-6506 as specified on returned envelope. Filed by Lorelle Terese Courtois. (Molleur, James) (Entered: 06/26/2015) |
| 06/24/2015 | | Tax Returns transmitted to Trustee on 06-24-2015 Filed by Lorelle Terese Courtois. (Molleur, James) (Entered: 06/24/2015) |
| 06/24/2015 | | Pursuant to the Court's Standing Order on filing of Payment Advices, pursuant to 11 U.S.C. Sec. 521(a)(1)(B)(iv), copies of all such payment advices were transmitted to the case trustee on 06/24/2015 Filed by Lorelle Terese Courtois. (Molleur, James) (Entered: 06/24/2015) |
| 06/24/2015 | 3 (4 pgs; 2 docs) | Meeting of Creditors and Notice of Appointment of Interim Trustee Nathaniel R. Hull, Esq. with 341(a)meeting to be held on 07/21/2015 at 11:00 AM at U.S. Trustee's Suite 300, Portland Objections for Discharge due by 09/21/2015. Financial Management Course due date: 09/21/2015. Financial Management Course (Joint Debtor) due date: . (Entered: 06/24/2015) |
| 06/23/2015 | 2 (1 pg) | Certificate of Credit Counseling Filed by Lorelle Terese Courtois. (Molleur, James) (Entered: 06/23/2015) |
| 06/23/2015 | | Receipt of Voluntary Petition (Chapter 7)(15-20470) [misc,volp7a] ( 335.00) Filing Fee. Receipt number 3680509. Fee amount 335.00. (re: Doc# 1) (U.S. Treasury) (Entered: 06/23/2015) |
| 06/23/2015 | 1 (45 pgs) | Chapter 7 Voluntary Petition . Fee Amount $ 335 Filed by Lorelle Terese Courtois. (Molleur, James) (Entered: 06/23/2015) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/06/2023 06:50:16 | | | |
| PACER Login: | dgandl.com | Client Code: | |
| Description: | Docket Report | Search Criteria: | 15-20470 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Format: html Page counts for documents: included |
| Billable Pages: | 5 | Cost: | 0.50 |