B8 (Form 8) (12/08)

## United States Bankruptcy Court
### District of Maine

In re **Lorelle Terese Courtois**  
Debtor(s)

Case No. _____  
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No. 1

| **Creditor's Name:**<br>**Santander Consumer USA** | **Describe Property Securing Debt:**<br>**2014 Honda CRV**<br>**24,000 miles** |
|---|---|

Property will be (check one):

☐ Surrendered    ■ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property  
■ Reaffirm the debt  
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

■ Claimed as Exempt    ☐ Not claimed as exempt

Property No. 2

| **Creditor's Name:**<br>**Selene Finance** | **Describe Property Securing Debt:**<br>**7 Standish Neck Road**<br>**Gorham, Maine**<br>**Purchased in 1993 for $85,000.00**<br>**2015 Town tax value: $112,300.00**<br>**Best guess on short sale offer $125,000.00** |
|---|---|

Property will be (check one):

■ Surrendered    ☐ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property  
☐ Reaffirm the debt  
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

☐ Claimed as Exempt    ■ Not claimed as exempt



EXHIBIT  
**E**

B8 (Form 8) (12/08)     Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Seterus** | **Describe Property Securing Debt:**<br>**17 Romey's Way (formerly known as 45 Straw Road)**<br>**Gorham, Maine**<br>**Purchased in 2007 for $145,000.00**<br>**2015 Town Tax Value: $184,100.00**<br>**Best guess: $245,000.00** |

Property will be (check one):
- ■ Surrendered
- ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt
- ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES    ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **June 19, 2015**     Signature    **/s/ Lorelle Terese Courtois**
                                                     **Lorelle Terese Courtois**
                                                     Debtor