# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

| | |
|---|---|
| IN RE:<br>Lorelle Terese Courtois<br>*dba* Lorelle's Cleaning Service<br>*dba* Lorelle Terese Courtois-Carr<br>*dba* Lorell & Sons Cleaning Service<br><br>Debtor | CHAPTER 7<br>CASE NO. 15-20470 |

## ORDER PURSUANT TO 11 U.S.C. § 362(d)
## MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)

Upon the motion, (the "Motion"), of DLJ Mortgage Capital, Inc. (with any subsequent successor or assign, the "Creditor"), for an order, pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code") vacating the automatic stay imposed in the above-captioned case by section 362(a) of the Bankruptcy Code as to the Creditor's interests in the Property known as 7 Standish Neck Road, Gorham, ME 04038 (the "Property") to allow the Creditor's enforcement of its rights in, and remedies in and to, the Property; and due and proper notice of the Motion having been made on all necessary parties; and having come before me and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing, it is hereby

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is vacated under section 362(d) of the Bankruptcy Code as to the Creditor's interests in the Property to allow the Creditor's enforcement of its rights in, and remedies in and to, the Property; including but not limited to negotiating a settlement or by entering into a loan workout with the Debtor; and it is further

ORDERED that the Creditor shall promptly report and turn over to the case trustee any surplus



EXHIBIT F

monies realized by any sale of the Property; and it is further

ORDERED that the Creditor is hereby awarded reasonable attorney fee in the amount of $750.00 and costs in the amount of $176.00 in accordance with the terms of the loan documents; and it is further

ORDERED that this Order shall become final in fourteen (14) days unless a Party in Interest sooner objects, in which case the matter shall be set for hearing and considered by the Court as if this Order had not been entered.

SO ORDERED.

DATED at Portland, Maine this __12th__ day of __August__, 2015.

/s/ Peter G. Cary
Hon. Peter G. Cary
United States Bankruptcy Judge