# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **Federal National Mortgage Association** | **CIVIL ACTION NO: 2:23-cv-00135-JAW** |
| **Plaintiff** | **AMENDED CONSENT JUDGMENT OF FORECLOSURE AND SALE** |
| **vs.** | **RE:**<br>**17 Romeys Way f/k/a 45 Straw Road,**<br>**Gorham, ME 04038** |
| **Lorelle Courtois a/k/a Lorelle T. Courtois** | **Mortgage:** |
| **Defendant** | **June 4, 2007**<br>**Book 25168, Page 287** |

The purpose of amending this Consent Judgment of Foreclosure and Sale is solely for the purpose of attaching the Exhibit A.  The Exhibit A referenced herein was inadvertently not attached to the previously entered Consent Judgment of Foreclosure and Sale.

NOW COMES the Plaintiff, Federal National Mortgage Association, and the Defendant, Lorelle Courtois a/k/a Lorelle T. Courtois, and hereby submit this Consent Judgment of Foreclosure and Sale.

**JUDGMENT** on Count I – Foreclosure and Sale is hereby **ENTERED** as follows:

1. If the Defendant or his/her heirs or assigns pay Federal National Mortgage Association ("Fannie Mae") the amount adjudged due and owing ($524,252.36) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A § 6322, Fannie Mae shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket.  The following is a breakdown of the amount due and owing:

| Description | Amount |
|---|---|
| Principal Balance | $233,025.71 |
| Interest | $216,118.03 |
| Escrow Advance | $49,139.16 |
| Deferred Late Fees | $315.78 |
| Corporate Advance | $25,653.68 |
| Grand Total | $524,252.36 |

2.  If the Defendant or his/her heirs or assigns do not pay Fannie Mae the amount adjudged due and owing ($524,252.36) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, his/her remaining rights to possession of the Gorham Property shall terminate, and Fannie Mae shall conduct a public sale of the Gorham Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $524,252.36 after deducting the expenses of the sale, with any surplus to the Defendant or the heirs or assigns, in accordance with 14 M.R.S.A. § 6324. Fannie Mae may not seek a deficiency judgment against the Defendant pursuant to the Defendant's discharge in bankruptcy.

3.  Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

4.  The amount due and owing is $524,252.36 and the mortgage loan is in default, as a result of the Defendant, Lorelle Courtois a/k/a Lorelle T. Courtois, having failed to comply with the terms of the Note, the object of this litigation, is in breach of both the Note and Mortgage. Defendant, Lorelle Courtois a/k/a Lorelle T. Courtois' personal liability is limited and/or extinguished by her bankruptcy discharge, and accordingly this action shall act solely as an *in rem* judgment against the property.

1.  Federal National Mortgage Association has first priority, in the amount of $524,252.36, pursuant to the subject Note and Mortgage and there are no parties in interest other than the Defendant who has second priority.

2.  The prejudgment interest rate is 9.77500%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 10.69%, pursuant to 14 M.R.S.A. § 1602-C (the one year United States Treasury bill rate is the weekly average one-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the last full week of the calendar year immediately prior to the year in which post-judgment interest

begins to accrue – December 2022, 4.69% plus 6% for a total post-judgment interest rate of 10.69%).

3.  The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

| | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | Federal National Mortgage Association<br>1100 15th Street NW<br>Washington, DC 20005 | Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center, Suite 303C<br>Beverly, MA 01915 |
| DEFENDANT | | |
| | Lorelle Courtois a/k/a Lorelle T. Courtois<br>28 Edgeworth Street<br>East Weymouth, MA 02189 | Thomas A. Cox, Esq.<br>P.O. Box 1083<br>Yarmouth, Maine 04096 |

a)  The docket number of this case is No. 2:23-cv-00135-JAW.

b)  The Defendant, the only parties to these proceedings besides Fannie Mae, received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c)  A description of the real estate involved, 17 Romeys Way f/k/a 45 Straw Road, Gorham, ME 04038, is set forth in Exhibit A to the Judgment herein.

d)  The street address of the real estate involved is 17 Romeys Way f/k/a 45 Straw Road, Gorham, ME 04038.  The Mortgage was executed by the Defendant, Lorelle Courtois a/k/a Lorelle T. Courtois on June 4, 2007.  The book and page number of the Mortgage in the Cumberland County Registry of Deeds is Book 25168, Page 287.

e)  The Defendant, Lorelle Courtois a/k/a Lorelle T. Courtois, having failed to comply with the terms of the Note, the object of this litigation, is in breach of both the Note and Mortgage. Defendant, Lorelle Courtois a/k/a Lorelle T. Courtois' personal

liability is limited and/or extinguished by her bankruptcy discharge, and accordingly this action shall act solely as an *in rem* judgment against the property.

f)   This judgment shall not create any personal liability on the part of the Defendant, Defendant, Lorelle Courtois a/k/a Lorelle T. Courtois, but shall act solely as an *in rem* judgment against the property, 17 Romeys Way f/k/a 45 Straw Road, Gorham, ME 04038.


Dated: June 22, 2023

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com


Dated: June 22, 2023

/s/Thomas A. Cox, Esq.
Lorelle Courtois a/k/a Lorelle T. Courtois
By her attorney, Thomas A. Cox, Esq.
P.O. Box 1083
Yarmouth, Maine 04096


**SO ORDERED**

**DATED THIS 14th DAY OF December, 2023**      **/s/ John A. Woodcock, Jr.**
                                               **U.S. DISTRICT JUDGE**